FILED BY MEt D.C.

APR 1 6 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA, ex rel.
CLJ, LLC,

        Plaintiff,

v.

JACK HALICKMAN, M.D.

        Defendant.

FILED UNDER SEAL
RELATOR'S COMPLAINT PURSUANT
TO THE FEDERAL FALSE CLAIMS ACT,
31 U.S.C. §§ 3729 *ET SEQ.*

DO NOT PLACE IN PRESS BOX OR
ENTER ON PACER SYSTEM

## RELATOR'S COMPLAINT PURSUANT TO THE
## FEDERAL FALSE CLAIMS ACT, 31 U.S.C. §§ 3729 *ET SEQ.*

CLJ, LLC ("Relator"), on behalf of the United States, brings this action for violations of the Federal False Claims Act, 31 U.S.C. §§ 3729 *et seq.* ("FCA"), to recover all damages, civil penalties and all other recoveries provided for under the FCA.

### I.    THE PARTIES

1.    Defendant Jack Halickman, M.D. ("Dr. Halickman") is an individual residing in Palm Beach County, Florida.   Dr. Halickman is the previous owner of Family Practice & Internal Medicine of the Palm Beaches, LLC ("FPIM"), an internal and family medical practice located in Palm Beach Gardens, Florida.

2.    The United States is a plaintiff to this action.   The United States brings this action on behalf of the Department of Health and Human Services ("HHS") and the Center for Medicare and Medicaid ("CMS"), which administer the Medicare and Medicaid Programs.

3.      Relator CLJ, LLC ("Relator") is a Florida limited liability company with its principal place of business in Palm Beach County, Florida.  Relator was induced to purchase Dr. Halickman's ownership of FPIM through Dr. Halickman's misrepresentation of fraudulent billing as legitimate revenue. FPIM's healthcare providers include Dr. Halickman, physician assistant(s), advanced registered nurse practitioner(s), and certain part-time contracted physicians.

4.      Relator has standing to bring this action pursuant to 31 U.S.C. § 3730(b)(1). Relator brings this action on behalf of the United States for violations of the FCA.

5.      Relator's complaint is not based on any other prior public disclosure of the allegations or transactions discussed herein in a criminal, or administrative hearing, lawsuit or investigation or in a Government Accounting Office or Auditor General's report, hearing, audit, or investigation, or from the news media, or any civil lawsuit in which the Government or its agent is a party.

6.      Relator is an original source of the information in this complaint.

## II.      <u>SUMMARY OF THE CASE</u>

7.      Dr. Halickman defrauded Relator into purchasing FPIM by misrepresenting fraudulent claims submitted to Medicare (and commercial insurers) as legitimate revenue.

8.      Subsequent to the purchase of FPIM, Relator discovered that throughout the relevant period, Dr. Halickman was engaged in a widespread practice of improper and fraudulent coding and billing for patient office visits.

9.      Relator's claims against Dr. Halickman are based upon false or fraudulent claims that Dr. Halickman presented or caused to be presented to Medicare for services that

were not provided, or that were provided by a physician assistant or nurse practitioner but billed as though provided by Dr. Halickman.

### III.   JURISDICTION AND VENUE

10.     Jurisdiction is founded upon the Federal False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.*, specifically 31 U.S.C. §§ 3732(a) and (b), and 28 U.S.C. §§ 1331, 1345.

11.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1345, and 1367(a).

12.     This Court may exercise personal jurisdiction over Dr. Halickman pursuant to 31 U.S.C. § 3732(a) because the acts committed by Dr. Halickman in violation of the FCA occurred in the Southern District of Florida, and because Dr. Halickman transacted business in the Southern District of Florida.

13.     Venue in the Southern District of Florida is appropriate under 31 U.S.C. § 3732(a) and 28 U.S.C. §§ 1391(b) and (c) because a substantial part of the events giving rise to the claims alleged in this action occurred in the Southern District of Florida.

### IV.   THE APPLICABLE LAW

**A.     The False Claims Act**

14.     The FCA provides for the award of treble damages and civil penalties for, *inter alia*, knowingly submitting, or causing the submission of, false or fraudulent claims for payment to the United States government.  31 U.S.C. § 3729(a)(1).

15.     The FCA provides, in pertinent part, that a person who:

> (a)(1)(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;
>
> (a)(1)(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; . . .

(a)(1)(G) knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government; . . .

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. § 2461 note; Public Law 104-410), plus 3 times the amount of damages which the Government sustains . ..

31 U.S.C. § 3729.

16.     For purposes of the FCA,

the terms "knowing" and "knowingly (A) mean that a person, with respect to information (i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information; and (B) require no proof of specific intent to defraud.

31 U.S.C. § 3729(b)(1).

**B.     <u>Medicare</u>**

17.     The Medicare program, which Congress enacted in 1965 as Title XVIII of the Social Security Act, pays for the costs of healthcare services for certain individuals.  The Department of Health and Human Services ("HHS") is responsible for the administration and supervision of the Medicare program, which it does through the Centers for Medicare and Medicaid Services ("CMS"), an agency of HHS.

18.     Medicare providers are required to enter into provider agreements with the federal government. Under the terms of their provider agreements, physicians certify that they will comply with all laws and regulations concerning proper practices for Medicare providers.  Compliance with the terms of the provider agreement is a condition precedent to receipt of any payment for all Medicare claims.

19.     The Social Security Act imposes criminal penalties for whoever knowingly and willfully makes or causes to be made any false statement or representation of a material fact in any application for any benefit or payment under a federal healthcare program such as Medicare, and for whoever presents or causes to be presented a claim for a physician's service for which payment may be made under a federal health care program and knows that the individual who furnished the service was not a licensed physician. 42 U.S.C. § 1320a-7b.

### C.     Defendant's Fraud Scheme

20.     Beginning in or around May 2017, Dr. Halickman expressed an interest in selling the majority of his membership interest in FPIM to Relator and began discussions with Relator concerning a potential purchase and sale.

21.     Prior to the execution of any agreements, Dr. Halickman met with and presented Relator with business records concerning FPIM's financial status, including FPIM's income statement that evidenced $1,984,596.26 of gross annual revenue for 2016 ("2016 Income Statement"). A copy of FPIM's 2016 Income Statement is attached hereto as **Exhibit A.**

22.     On or around May 22, 2017, at a meeting at Dr. Halickman's office with Relator representative Richard Lucibella, Dr. Halickman represented that FPIM generated $600,000 in annual net revenue, which was consistent with and supported by the gross revenue figure in the 2016 Income Statement. Prior to Relator's acquisition, Dr. Halickman never told Mr. Lucibella that FPIM's revenue was based on a fraudulent billing scheme.

23.     Mr. Lucibella thereafter again met with Dr. Halickman concerning Relator's possible acquisition, this time at Dr. Halickman's condominium in Palm Beach, Florida,

where Dr. Halickman again did not tell Mr. Lucibella that FPIM's revenue was based on a fraudulent billing scheme.

24.     On or about September 1, 2017, in reliance on Dr. Halickman's false revenue representations and on Dr. Halickman's omission that FPIM was engaged in a fraudulent billing scheme that inflated revenue, Relator, as purchaser, and Dr. Halickman, as seller, entered into a "Membership Interest Purchase Agreement" (the "Purchase Agreement").

25.     Shortly after executing the Purchase Agreement, Relator learned that FPIM, through Dr. Halickman, was engaged in a widespread practice of improper and fraudulent coding and billing for patient office visits.

26.     On October 11, 2017, Relator's representative conducted a review of FPIM's billing records with FPIM's practice manager Janet Eick at FPIM's office.

27.     According to FPIM's practice manager Ms. Eick, Dr. Halickman directed FPIM's fraudulent billing practices.

28.     Relator's representative's review of FPIM's billing records revealed that FPIM's actual gross revenue for 2016 was $930,661.46, far short of the more than $1.9 Million in gross revenue stated in the 2016 Income Statement.   A copy of FPIM's *eClinicalworks* Financial Analysis for 2016 evidencing FPIM's actual 2016 gross revenue is attached hereto as **Exhibit B.**

29.     During the review, Relator's representative also learned that Dr. Halickman often reported an amount of time for total patient encounters in a single day that exceeded the amount of hours Dr. Halickman worked in the office that day.   Dr. Halickman was generally billing for 35 to 40 patient encounters per day.   Ms. Eick advised Relator's representative that Dr. Halickman directed that his patient visits be coded this way.

30.     Prior to selling his interest in FPIM to Relator, Dr. Halickman represented that he is collecting benefits under a disability policy that limits him to a 20 hour work week. If Dr. Halickman worked all of the hours that he reported to CMS, he would have regularly exceeded a 20 hour work week.

31.     Relator thereafter conducted a further review of FPIM's billing records and discovered that FPIM, both before and after execution of the Purchase Agreement, billed and coded patient encounters with FPIM's physician assistants or nurse practitioners under Dr. Halickman's provider transaction access number ("PTAN") issued through Centers for Medicare and Medicaid Services, while the physician assistants and nurse practitioners each did not have their own PTANs.

32.     For instance, FPIM billed Medicare under Dr. Halickman's PTAN for patient encounters with Catherine Dubois, a nurse practitioner employed by FPIM, before Ms. Dubois received her PTAN in June 2018.

33.     In 2016, 2017, and 2018, FPIM billed $259,816.92, $337,433.28, and $182,332.47 to Medicare, respectively, under Dr. Halickman's PTAN for patient encounters with Ms. Dubois. Copies of FPIM's 2016, 2017, and 2018 Financial Analysis at CPT Level, showing amounts billed to Medicare by FPIM under Dr. Halickman's PTAN for patient encounters with Ms. Dubois, are attached hereto as **Composite Exhibit C**.

34.     FPIM also billed Medicare under Dr. Halickman's PTAN for patient encounters with Lisa Malloy, a physician assistant employed by FPIM, before Ms. Malloy's PTAN became effective in November 2017. In 2016 and 2017, FPIM billed Medicare under Dr. Halickman's PTAN $252,599.93 and $327,835.21, respectively, for patient encounters with Ms. Malloy. *See* Composite Exhibit C.

35.     In addition, FPIM billed Medicare under Dr. Halickman's PTAN for patient encounters with Terri Barr, another nurse practitioner employed by FPIM. In 2017 and 2018, FPIM billed Medicare under Dr. Halickman's PTAN $252,599.93 and $327,835.21, respectively, for patient encounters with Ms. Barr. *See* Composite Exhibit C.

36.     In total, between 2016 and 2018, FPIM fraudulently submitted more than $1.5 million in claims to Medicare under Dr. Halickman's PTAN for services furnished by FPIM's nurse practitioners and physician assistant. *See* Composite Exhibit C.

37.     Even after Ms. Dubois received her PTAN, Dr. Halickman continued to bill Medicare under his own PTAN for patient encounters with Ms. Dubois. As an example, on August 13, 2018, Ms. Dubois saw and treated patients RC, IL, NF, RS, LM, and SF (collectively the "August 13 Patients").[1] A redacted version of FPIM's *eClinicalworks* calendar showing Dr. Halickman's and Ms. Dubois' patient schedules for August 13, 2018, and copies of redacted patient charts signed by Ms. Dubois, evidencing Ms. Dubois' care and treatment of the August 13 Patients, are attached as **Composite Exhibit D**.

38.     Despite having actually seen Ms. Dubois, all of the August 13 Patients were coded and billed to Medicare under Dr. Halickman's PTAN in the following amounts:

| Patient Name | Amount Billed to Medicare |
|:---:|:---:|
| RC | $195.02 |
| IL | $175.02 |
| NF | $175.02 |
| RS | $195.02 |

---

[1] For confidentiality, patient initials are used instead of full names.

|     |          |
| --- | -------- |
| LM  | $195.02  |
| SF  | $120     |

Redacted copies of FPIM's claim summaries and payment documentation, attached as **Composite Exhibit E**, list Dr. Halickman as the billing and rendering practitioner for the August 13 Patients, and show Medicare reimbursements to FPIM at Dr. Halickman's billing rate.

39.     Dr. Halickman's billing rate is significantly higher than the rates charged by the physician assistant(s) and nurse practitioner(s) employed by FPIM.  Consequently, by billing patient encounters under Dr. Halickman's PTAN instead of the PTANs associated with the physician assistant or nurse practitioner who rendered services or treatment, FPIM requested a higher reimbursement than what FPIM was entitled for services that Dr. Halickman himself did not render.

40.     FPIM submitted to Medicare invoices for services Dr. Halickman supposedly rendered on days when Dr. Halickman was not even in the office. Dr. Halickman was engaging in such billing practices at the time that he began negotiations with Relator and such practices continued through at least 2018, despite Relator's repeated verbal and written direction to cease such practices.

41.     As just one example, Dr. Halickman was not in the office on October 3, 2016 and did not treat any patients on that date.  FPIM's *eClinicalworks* calendar showing Dr. Halickman's absence on October 3, 2016 is attached as **Exhibit F**.

42.     Nevertheless, FPIM submitted claims to Medicare under Dr. Halickman's PTAN for services rendered on October 3, 2016, to the following patients and in the following amounts:

| Patient Name | Amount Billed to Medicare |
|:---:|:---:|
| MT | $175 |
| CM | $275.02 |
| DT | $260.02 |
| CG | $355.02. |

A copy of FPIM's Patient Progress Notes and summaries of claims submitted to Medicare for services rendered by Dr. Halickman to patients MT, CM, DT, and CG on October 3, 2016, are attached as **Composite Exhibit G**.

43.     FPIM submitted claims to Medicare under Dr. Halickman's PTAN for services supposedly rendered by Dr. Halickman on at least fifty (50) days when he was not in the office.

44.     FPIM also submitted claims to Medicare for office visits where the patient did not have a valid chief complaint.  For instance, Dr. Halickman saw patient RA for her annual wellness visit on April 10, 2018, and FPIM billed Medicare for that visit.  Two weeks later, on April 26, 2018, Dr. Halickman saw patient RA for a "follow-up" wellness visit.  FPIM billed Medicare for the "follow-up" wellness visit as a separate encounter, even though the patient did not present with a valid chief complaint.  A copy of RA's Patient Progress Notes documenting RA's encounter with Dr. Halickman without a valid chief complaint is attached hereto as **Exhibit H.**

45.     Each claim FPIM submitted to Medicare for reimbursement also included an agreement by the treating healthcare provider that if he or she "knowingly file[s] a statement of claim containing any misrepresentation or any false, incomplete or misleading information [he or she] may be guilty of a criminal act punishable under law and may be subject to civil penalties."

46.     Dr. Halickman presented or caused to be presented false claims to Medicare for payment or approval by submitting claims for patient encounters with Physician Assistants or Nurse Practitioners under Dr. Halickman's national provider number, and by submitting claims for services Dr. Halickman supposedly rendered on days when Dr. Halickman was not in the office.

47.     Dr. Halickman knowingly and willfully made or caused to be made a false statement or representation of a material fact in the application for payment to Medicare by submitting claims under his national provider number for patient encounters with Physician Assistants or Nurse Practitioners, and by submitting claims for services Dr. Halickman supposedly rendered on days when Dr. Halickman was not in the office treating patients.

48.     In addition to the improper billings under Dr. Halickman's provider number, FPIM was not entitled to any reimbursement from Medicare for its nurse practitioners and physician assistants before those providers received their respective PTANs.

49.     Dr. Halickman submitted or caused to be submitted, with the apparent intent to defraud, injure, or deceive, false, incomplete, and/or misleading claims to Medicare by submitting claims under Dr. Halickman's national provider number for patient encounters with Physician Assistants or Nurse Practitioners, and by submitting claims for services that Dr. Halickman never rendered.

50.     Dr. Halickman presented, or caused to be presented, false claims with actual knowledge of their falsity, or in deliberate ignorance or reckless disregard that such claims were false and fraudulent.

51.     The United States was damaged by Dr. Halickman's actions in submitting, or causing to be submitted, false claims, statements, and records, in that the United States paid Dr. Halickman millions of dollars for items and services for which Dr. Halickman was not entitled to reimbursement.

## FIRST CAUSE OF ACTION
False Claims Act: Presentation of False Claims
31 U.S.C. § 3729(a)(1)(A)

52.     Relator repeats and realleges paragraphs 1 through 51 as if fully set forth herein.

53.     Dr. Halickman knowingly presented, and caused to be presented, false or fraudulent claims for payment or approval to the United States for services that were not provided or provided by providers other than Dr. Halickman, but billed under his national provider number.

54.     Dr. Halickman knowingly presented, and caused to be presented, false or fraudulent claims for payment or approval to the United States by submitting claims for services that were not provided or provided by providers other than Dr. Halickman, but billed under his national provider number, and were therefore not reimbursable by Medicare.

55.     Dr. Halickman knowingly presented, and caused to be presented, false or fraudulent cost reports claiming payment for services that were not provided or provided by providers other than Dr. Halickman, but billed under his national provider number.

56.     By virtue of the false or fraudulent claims that Dr. Halickman made and/or caused to be made, the United States suffered damages and is therefore entitled to treble damages under the FCA, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation

## SECOND CAUSE OF ACTION
**False Claims Act: Presentation of False Statements
Material to False Claims
31 U.S.C. § 3729(a)(1)(B)**

57.     Relator repeats and realleges paragraphs 1 through 51 as if fully set forth herein.

58.     Dr. Halickman knowingly made, used or caused to be made or used false records or statements material to false or fraudulent claims and to get such claims paid by the United States with respect to services that were ineligible for reimbursement.

59.     By virtue of the false records or statements material to false or fraudulent claims that Dr. Halickman made and/or caused to be made, the United States suffered damages and is therefore entitled to treble damages under the FCA, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

## THIRD CAUSE OF ACTION
**False Claims Act: False Record Material to Obligation to Pay
31 U.S.C. § 3729(a)(1)(G)**

60.     Relator repeats and realleges paragraphs 1 through 51 as if fully set forth herein.

61.     Dr. Halickman made and used or caused to be made or used false records or statements material to an obligation to pay or transmit money to the United States, or

13

knowingly concealed, avoided, or decreased an obligation to pay or transmit money to the United States.

62.     Said false records or statement were made with actual knowledge of their falsity, or with reckless disregard or deliberate ignorance of whether or not they were false.

63.     By virtue of the false records or statements material to false or fraudulent claims that Dr. Halickman made and/or caused to be made, the United States suffered damages and is therefore entitled to treble damages under the FCA, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

## REQUEST FOR RELIEF

WHEREFORE, Relator, on behalf of the United States, demands that judgment be entered in its favor and against Dr. Halickman for the maximum amount of damages and such other relief as the Court may deem appropriate on each Count.  This includes, with respect to the Federal False Claims Act, three times the amount of damages to the Federal Government plus civil penalties of no more than Eleven Thousand ($11,000.00) and no less than Five Thousand Five Hundred Dollars ($5,500.00) for each false claim, and any other recoveries or relief provided for under the Federal False Claims Act.

Further, Relator requests that it receive the maximum amount permitted by law of the proceeds of this action or settlement of this action collected by the United States, plus reasonable expenses necessarily incurred, and reasonable attorneys' fees and costs.  Relator requests that its award be based upon the total value recovered, both tangible and intangible, including any amounts received from individuals or entities not parties to this action.

## DEMAND FOR JURY TRIAL

A jury trial is demanded in this case.

Dated: April 15, 2020

Respectfully submitted,

/s/ Erik R. Matheney
Erik R. Matheney
Florida Bar No. 005411
Ella A. Shenhav
Florida Bar No. 081996
SHUTTS & BOWEN LLP
4301 West Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone: 813-229-8900
Facsimile: 813-229-8901
E-mail:ematheney@shutts.com
           eshenhav@shutts.com

and

Matthew R. Chait
Florida Bar No. 017657
SHUTTS & BOWEN LLP
525 Okeechobee Blvd, Suite 1100
West Palm Beach, Florida 33401
Telephone: 561-650-8550
Facsimile: 561-822-5536
E-mail: mchait@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 15, 2020 via First Class Mail on United States Department of Justice, Civil Division, 950 Pennsylvania Avenue, N.W., Washington, DC 20530 and Ariana Fajardo Orshan, Esq., United States Attorney, U.S. Attorney's Office, 99 NE 4th St Miami, FL 33132-2131.

/s/ Erik R. Matheney
Erik R. Matheney

# EXHIBIT A

*Income monthly 2016* (handwritten)

| | January | February | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harvard Pilgrim | $ 950.04 | | | | | | | | | | | | $ 610.00 |
| Oxford Health | | $ 610.00 | | | | | | | | | | | $ 4,370.17 |
| Golden Rule Ins | $ 900.04 | | $ 380.00 | $ 570.00 | $ 800.01 | $ 455.00 | $ 175.00 | $ 590.03 | $ 230.00 | $ 460.06 | $ 525.02 | $ 525.07 | $ 5,535.23 |
| Time Ins/rc | $ 245.00 | | | $ 120.00 | $ 580.03 | $ 435.00 | $ 710.03 | $ 230.03 | $ 460.06 | $ 810.02 | | $ 460.02 | $ 995.01 |
| Aetna Life | $ 6,667.20 | $ 7,363.42 | | $ 3,805.12 | $ 11,115.16 | $ 3,628.37 | $ 7,000.21 | $ 5,587.22 | $ 6,705.40 | $ 7,080.52 | $ 9,910.49 | $ 8,847.77 | $ 77,710.88 |
| Humana | $ 4,290.14 | $ 5,120.20 | $ 8,335.14 | $ 7,008.57 | $ 6,035.14 | $ 5,125.33 | $ 5,955.17 | $ 5,907.99 | $ 3,960.37 | $ 5,495.49 | $ 6,256.10 | $ 6,256.10 | $ 73,250.40 |
| Cigna | $ 5,978.44 | $ 5,680.18 | $ 5,015.11 | $ 5,640.04 | $ 5,865.15 | $ 7,120.11 | $ 6,560.20 | $ 1,460.04 | $ 7,855.23 | $ 6,960.76 | $ 7,635.15 | $ 8,710.40 | $ 73,320.21 |
| Freedom Life | $ 230.02 | | | | | | $ 260.00 | $ 6,050.19 | | $ 5,740.16 | $ 7,635.15 | $ 6,970.21 | $ 6,970.21 |
| Amer Bus | $ 120.00 | | | | | | | | | | | | $ 1,195.02 |
| Amer Adm | | | | | | | | | | $ 120.00 | | $ 135.00 | $ 720.00 |
| Ameri Life | $ 120.00 | $ 185.00 | $ 175.00 | $ 350.00 | $ 175.00 | $ 120.00 | | | | | $ 550.02 | $ 175.00 | $ 236.00 |
| Unicare Life | $ 230.02 | | | | | | | | | | | | $ 120.00 |
| United Health | $ 13,135.39 | $ 18,566.02 | $ 19,543.88 | $ 20,360.44 | $ 22,440.42 | $ 16,939.45 | $ 12,525.52 | $ 18,280.64 | $ 20,246.55 | $ 20,246.43 | $ 17,456.68 | $ 21,392.73 | $ 221,193.15 |
| Travelers | $ 13,475.51 | $ 18,692.42 | $ 22,390.38 | $ 15,008.51 | $ 26,945.28 | $ 18,810.28 | $ 22,825.48 | $ 30,227.38 | $ 23,550.93 | $ 22,752.36 | $ 25,642.13 | $ 24,684.62 | $ 266,000.28 |
| B/C B/S | $ 88,106.72 | $ 87,526.96 | $ 145,504.38 | $ 91,879.54 | $ 104,234.44 | $ 65,095.67 | $ 69,280.87 | $ 97,013.06 | $ 107,882.85 | $ 96,349.34 | $ 110,010.39 | $ 175,494.20 | $ 1,238,388.42 |
| Medicare | | | | | $ 120.00 | | | | | $ 270.00 | | $ 175.00 | $ 120.00 |
| Travelers | | | | | $ 175.00 | $ 175.00 | $ 225.00 | | | | | | $ 565.00 |
| Group Health/med | | | | $ 120.00 | $ 175.00 | | $ 290.00 | | | $ 320.00 | | | $ 505.00 |
| Conn Health/n amer | | $ 175.00 | | | $ 175.00 | $ 175.00 | $ 120.00 | | $ 245.00 | | | $ 470.03 | $ 1,420.03 |
| Unicare Life | | | | | $ 810.00 | | | | | | | $ 175.00 | $ 1,525.00 |
| Neighbor Health | | | | | | | | $ 350.00 | | | | | $ 350.00 |
| Coventry | | | | | | | | | $ 240.00 | | | | $ 240.00 |
| Meritain | | $ 372.02 | | | $ 175.00 | $ 175.00 | | $ 200.00 | | | | | $ 747.02 |
| Mondial Asst/MedMu | | $ 120.00 | | | | $ 290.00 | | | $ 230.00 | | $ 250.02 | | $ 600.02 |
| Amer Busfree | | $ 385.00 | | | | $ 120.00 | | | | | | | $ 485.00 |
| Anmed | | | | | | | $ 175.00 | $ 270.02 | | | | | $ 1,780.06 |
| Comm Health | | $ 875.00 | | | | | $ 460.04 | | | | | | $ 240.00 |
| RR | | $ 240.00 | | | | | | | | | | | $ 705.03 |
| Oxford Health | | | $ 120.00 | | | $ 175.00 | | | $ 465.03 | | | | $ 550.03 |
| Golden Rule | | | | | | | | $ 550.02 | | | | | $ 3,090.08 |
| Neighborhood | | | $ 580.02 | | | $ 600.00 | $ 290.00 | | $ 755.00 | $ 460.04 | $ 405.02 | | $ 600.02 |
| New Era | | | | $ 205.00 | | $ 390.00 | $ 350.00 | | | $ 175.00 | | | $ 915.00 |
| Medishare | | | $ 245.00 | | | | | $ 180.00 | | | | $ 120.00 | $ 450.00 |
| Allied | | | | | | | | | | | | | $ 300.00 |
| | $ 134,448.52 | $ 146,010.22 | $ 202,043.91 | $ 144,862.22 | $ 179,590.63 | $ 119,244.21 | $ 126,917.53 | $ 170,716.62 | $ 173,001.42 | $ 159,899.36 | $ 180,490.68 | $ 247,370.94 | $ 1,584,596.26 |

# EXHIBIT B

## Financial Analysis At CPT Level

Date Range: Jan 1, 2016 - Dec 31, 2016
Transaction Type: Unassociated          Charges By: Service Date

| Rendering Provider | Resource Provider | Billed Charge | Insurance Charge | Self Charge | Payments | Patient Payment | Insurance Payments | Insurance Withheld | Contractual Adjustments | WriteOff Adjustments | Refund Amount | Billed Units | Change in A/R | Visit Count | Patient Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dubois, Catherine M | Dubois, Catherine M | $0.00 | $0.00 | $0.00 | $37.83 | $37.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | ($37.83) | 0 | 0 |
| Halickman, Jack F | BARR, TERRI | $0.00 | $0.00 | $0.00 | $44.90 | $44.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | ($44.90) | 0 | 0 |
|  | Dubois Catherine | $450,391.59 | $447,663.56 | $2,730.03 | $217,418.85 | $29,771.73 | $187,647.12 | $0.00 | $155,373.09 | ($1,082.22) | $0.00 | 6,639.5 | $78,663.87 | 1,896 | 1,191 |
|  | Dubois, Catherine M | $2,677.10 | $2,677.10 | $0.00 | $1,247.49 | $161.00 | $1,086.49 | $0.00 | $1,197.34 | $0.00 | $0.00 | 28 | $232.27 | 14 | 14 |
|  | Halickman, Jack F | $577,386.48 | $574,092.90 | $3,293.58 | $325,506.01 | $44,544.78 | $280,961.23 | $0.00 | $233,536.92 | ($12,045.67) | $0.00 | 6,233 | $30,389.22 | 3,108 | 1,468 |
|  | jacobs, tara | $0.00 | $0.00 | $0.00 | $42.77 | $20.28 | $22.49 | $0.00 | $0.00 | ($79.12) | $0.00 | 0 | $36.35 | 0 | 0 |
|  | Lisa Malloy | $456,256.73 | $452,381.71 | $3,875.02 | $253,521.89 | $44,044.39 | $209,477.50 | $0.02 | $178,718.57 | ($4,004.30) | $0.00 | 5,892 | $28,020.55 | 2,261 | 1,383 |
|  | Malloy, Lisa S | $0.00 | $0.00 | $0.00 | $4.33 | $4.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | ($4.33) | 0 | 0 |
|  | Tureff, Steven E | $66,256.87 | $66,081.87 | $175.00 | $33,342.45 | $3,124.47 | $30,217.98 | $0.00 | $21,744.28 | ($207.98) | $0.00 | 696 | $11,378.12 | 311 | 251 |
|  | Unknown | $175.00 | $175.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 1 | $175.00 | 1 | 1 |
| Malloy, Lisa S | Malloy, Lisa S | $0.00 | $0.00 | $0.00 | $46.04 | $46.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0 | ($46.04) | 0 | 0 |
|  |  | $120.00 | $120.00 | $0.00 | $63.02 | $15.00 | $48.02 | $0.00 | $56.98 | $0.00 | $0.00 | 1 | $0.00 | 1 | 1 |
|  |  | $93,469.45 | $93,019.45 | $450.00 | $37,010.23 | $8,776.68 | $28,233.35 | $58.36 | $27,990.18 | ($375.18) | $0.00 | 1,409 | $28,785.86 | 414 | 359 |
|  |  | $115,311.73 | $115,186.73 | $125.00 | $62,375.65 | $8,285.45 | $54,090.20 | $75.00 | $63,212.22 | ($445.34) | $0.00 | 933 | ($9,905.80) | 318 | 160 |
| Summary |  | $1,762,046.95 | $1,751,398.32 | $10,648.63 | $930,661.46 | $138,877.08 | $791,784.38 | $133.38 | $681,829.58 | ($18,239.81) | $0.00 | 21,832.5 | $167,662.34 | 8,324 | 2,805 |

# EXHIBIT C

## Financial Analysis At CPT Level

**Date Range:** Jan 1, 2016 - Dec 31, 2016

**Transaction Type:** Unassociated

**Charges By:** Claim Date

**Insurance:** Medicare, MEDICARE

| Pay To Provider | Rendering Provider | Appointment Provider | Resource Provider | Billed Charge | Insurance Charge | Self Charge | Payments | Patient Payment | Insurance Payments | Insurance Withheld | Contractual Adjustments | WriteOff Adjustments | Refund Amount | Billed Units | Change in A/R | Visit Count | Patient Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Halickman, Jack F | Halickman, Jack F | Dubois, Catherine M | Dubois Catherine | $510.03 | $510.03 | $0.00 | $155.96 | $0.00 | $155.96 | $0.00 | $165.55 | $0.00 | $0.00 | 8 | $188.52 | 3 | 3 |
| | | | Dubois, Catherine M | $600.02 | $600.02 | $0.00 | $219.90 | $0.00 | $219.90 | $0.00 | $149.00 | | $0.00 | 6 | $231.12 | 3 | 3 |
| | | Halickman, Jack F | Dubois Catherine | $259,816.92 | $259,816.92 | $0.00 | $123,560.45 | $0.00 | $123,560.45 | $0.00 | $82,461.59 | | $0.00 | 4,205 | $53,794.88 | 983 | 603 |
| | | | Dubois, Catherine M | $160.01 | $160.01 | $0.00 | $87.97 | $0.00 | $87.97 | $0.00 | $49.59 | | $0.00 | 2 | $22.45 | 1 | 1 |
| | | | Halickman, Jack F | $384,714.41 | $384,714.41 | $0.00 | $168,186.79 | $0.00 | $168,186.79 | $0.00 | $143,228.30 | | $0.00 | 3,885 | $73,299.32 | 2,155 | 912 |
| | | | Lisa Malloy | $252,599.93 | $252,599.93 | $0.00 | $119,887.30 | $0.00 | $119,887.30 | $0.00 | $85,001.11 | | $0.00 | 3,019 | $47,711.52 | 1,191 | 728 |
| | | Tureff, Steven E | Tureff, Steven E | $49,145.85 | $49,145.85 | $0.00 | $21,742.20 | $0.00 | $21,742.20 | $0.00 | $16,261.30 | | $0.00 | 455 | $11,142.35 | 233 | 184 |
| | | Wanuck, Stuart L | Halickman, Jack F | $75.00 | $75.00 | $0.00 | $33.07 | $0.00 | $33.07 | $0.00 | $33.50 | | $0.00 | 1 | $8.43 | 1 | 1 |
| | | | Tureff, Steven E | $935.01 | $935.01 | $0.00 | $451.36 | $0.00 | $451.36 | $0.00 | $377.92 | | $0.00 | 12 | $105.73 | 5 | 5 |
| Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | $39,240.93 | $39,240.93 | $0.00 | $12,707.25 | $0.00 | $12,707.25 | $0.00 | $8,758.34 | | $0.00 | 570 | $17,775.34 | 162 | 140 |
| Wanuck, Stuart L | Wanuck, Stuart L | Wanuck, Stuart L | Wanuck, Stuart L | $75,985.02 | $75,985.02 | $0.00 | $35,737.51 | $0.00 | $35,737.51 | $0.00 | $44,370.91 | | $0.00 | 623 | ($4,123.40) | 211 | 104 |
| **Summary** | | | | **$1,063,783.13** | **$1,063,783.13** | **$0.00** | **$482,769.76** | **$0.00** | **$482,769.76** | **$0.00** | **$380,857.11** | **$0.00** | **$0.00** | **12,786** | **$200,156.26** | **4,948** | **1,374** |

## Financial Analysis At CPT Level

**Date Range:** Jan 1, 2017 - Dec 31, 2017
**Transaction Type:** Unassociated
**Charges By:** Claim Date
**Insurance:** Medicare, MEDICARE

| Pay To Provider | Rendering Provider | Appointment Provider | Resource Provider | Billed Charge | Insurance Charge | Self Charge | Payments | Patient Payment | Insurance Payments | Insurance Withheld | Contractual Adjustments | WriteOff Adjustments | Refund Amount | Billed Units | Change in A/R | Visit Count | Patient Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Halickman, Jack F | Halickman, Jack F | Dubois, Catherine M | Dubois, Catherine M | $0.00 | $0.00 | $0.00 | $87.97 | $0.00 | $87.97 | $0.00 | $64.59 | $0.00 | $0.00 | 0 | ($152.56) | 0 | 0 |
| | | Halickman, Jack F | BARR, TERRI | $13,971.00 | $13,971.00 | $0.00 | $1,232.49 | $0.00 | $1,232.49 | $0.00 | $919.76 | $0.00 | $0.00 | 197 | $11,818.75 | 75 | 73 |
| | | | Dubois Catherine | $337,433.28 | $337,433.28 | $0.00 | $168,195.57 | $0.00 | $168,195.57 | $0.02 | $112,727.47 | $0.00 | $0.00 | 6,032 | $56,510.22 | 1,399 | 759 |
| | | | Halickman, Jack F | $361,198.76 | $361,198.76 | $0.00 | $162,275.11 | $0.00 | $162,275.11 | $0.00 | $124,187.97 | $0.00 | $0.00 | 4,315 | $74,735.68 | 2,020 | 834 |
| | | | Lisa Malloy | $327,835.21 | $327,835.21 | $0.00 | $167,202.43 | $0.00 | $167,202.43 | $0.01 | $114,902.41 | $0.00 | $0.00 | 4,005 | $45,730.36 | 1,420 | 746 |
| | | | Tureff, Steven E | $175.01 | $175.01 | $0.00 | $88.22 | $0.00 | $88.22 | $0.00 | $64.27 | $0.00 | $0.00 | 2 | $22.52 | 1 | 1 |
| | | Malloy, Lisa S | Malloy, Lisa S | $84.00 | $84.00 | $0.00 | $65.86 | $0.00 | $65.86 | $0.00 | $1.34 | $0.00 | $0.00 | 2 | $16.80 | 2 | 1 |
| | | Tureff, Steven E | Tureff, Steven E | $0.00 | $0.00 | $0.00 | $1,655.41 | $0.00 | $1,655.41 | $0.00 | $1,400.29 | $0.00 | $0.00 | 0 | ($3,055.70) | 0 | 0 |
| Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | $126,283.19 | $126,283.19 | $0.00 | $58,948.03 | $0.00 | $58,948.03 | $0.00 | $45,461.35 | $0.00 | $0.00 | 2,184 | $21,873.81 | 627 | 324 |
| Wanuck, Stuart L | Wanuck, Stuart L | Tureff, Steven E | Tureff, Steven E | $210.00 | $210.00 | $0.00 | $77.41 | $0.00 | $77.41 | $0.00 | $113.72 | $0.00 | $0.00 | 3 | $18.87 | 1 | 1 |
| | | Wanuck, Stuart L | Wanuck, Stuart L | $76,979.03 | $76,979.03 | $0.00 | $26,491.83 | $0.00 | $26,491.83 | $0.00 | $35,762.10 | $0.00 | $0.00 | 660 | $14,725.10 | 224 | 105 |
| **Summary** | | | | $1,244,169.48 | $1,244,169.48 | $0.00 | $586,320.33 | $0.00 | $586,320.33 | $0.03 | $435,605.27 | $0.00 | $0.00 | 17,400 | $222,243.85 | 5,769 | 1,434 |

## Financial Analysis At CPT Level

**Date Range:** Jan 1, 2018 - Dec 31, 2018
**Charges By:** Claim Date
**Transaction Type:** Unassociated
**Insurance:** Medicare, MEDICARE

| Pay To Provider | Rendering Provider | Appointment Provider | Resource Provider | Billed Charge | Insurance Charge | Self Charge | Payments | Patient Payment | Insurance Payments | Insurance Withheld | Contractual Adjustments | WriteOff Adjustments | Refund Amount | Billed Units | Change in A/R | Visit Count | Patient Count |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dubois, Catherine M | Dubois, Catherine M | Dubois, Catherine M | Dubois, Catherine M | $40,338.91 | $40,338.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 743 | $40,338.91 | 199 | 160 |
| Friedberg, Scott L | Friedberg, Scott L | Friedberg, Scott L | Friedberg, Scott L | $9,951.54 | $9,951.54 | $0.00 | $3,515.61 | $0.00 | $3,515.61 | $1.05 | $2,685.94 | $0.00 | $0.00 | 227 | $3,748.94 | 61 | 56 |
| Halickman, Jack F | Halickman, Jack F | Dubois, Catherine M | Dubois, Catherine M | $1,365.18 | $1,365.18 | $0.00 | $541.11 | $0.00 | $541.11 | $0.00 | $297.97 | $0.00 | $0.00 | 29 | $526.10 | 8 | 8 |
| | | Halickman, Jack F | BARR, TERRI | $56,033.02 | $56,033.02 | $0.00 | $31,977.81 | $0.00 | $31,977.81 | $0.00 | $22,197.45 | $0.00 | $0.00 | 722 | $1,857.76 | 315 | 250 |
| | | | Cauble, Ashley D | $32,786.85 | $32,786.85 | $0.00 | $16,584.12 | $0.00 | $16,584.12 | $0.00 | $12,961.24 | $0.00 | $0.00 | 452 | $3,241.49 | 163 | 126 |
| | | | Dubois Catherine | $182,332.47 | $182,332.47 | $0.00 | $117,822.58 | $0.00 | $117,822.58 | $0.02 | $75,458.34 | $0.00 | $0.00 | 3,217 | ($10,948.45) | 994 | 606 |
| | | | Halickman, Jack F | $269,829.90 | $269,829.90 | $0.00 | $132,467.96 | $0.00 | $132,467.96 | $0.02 | $103,108.83 | $0.00 | $0.00 | 3,122 | $34,253.09 | 1,479 | 668 |
| | | | Lisa Malloy | $117,179.56 | $117,179.56 | $0.00 | $78,306.79 | $0.00 | $78,306.79 | $0.00 | $57,171.86 | $0.00 | $0.00 | 1,454 | ($18,299.09) | 533 | 394 |
| | | | Unknown | $3,990.00 | $3,990.00 | $0.00 | $1,623.16 | $0.00 | $1,623.16 | $0.00 | $1,702.72 | $0.00 | $0.00 | 36 | $664.12 | 36 | 10 |
| | | Malloy, Lisa S | Malloy, Lisa S | $170.04 | $170.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 7 | $170.04 | 1 | 1 |
| | | Tureff, Steven E | Tureff, Steven E | $175.00 | $175.00 | $0.00 | $88.53 | $0.00 | $88.53 | $0.00 | $63.88 | $0.00 | $0.00 | 1 | $22.59 | 1 | 1 |
| | Malloy, Lisa S | Halickman, Jack F | BARR, TERRI | $2,015.12 | $2,015.12 | $0.00 | $148.59 | $0.00 | $148.59 | $0.00 | $108.53 | $0.00 | $0.00 | 29 | $1,758.00 | 11 | 11 |
| | | | Dubois Catherine | $3,730.31 | $3,730.31 | $0.00 | $553.13 | $0.00 | $553.13 | $0.00 | $355.19 | $0.00 | $0.00 | 66 | $2,821.99 | 20 | 20 |
| | | | Halickman, Jack F | $5,240.15 | $5,240.15 | $0.00 | $1,386.33 | $0.00 | $1,386.33 | $0.00 | $903.65 | $0.00 | $0.00 | 53 | $2,950.17 | 26 | 26 |
| Malloy, Lisa S | Malloy, Lisa S | Malloy, Lisa S | Lisa Malloy | $280.01 | $280.01 | $0.00 | $140.60 | $0.00 | $140.60 | $0.00 | $139.40 | $0.00 | $0.00 | 4 | $0.01 | 1 | 1 |
| | | | Malloy, Lisa S | $112,615.45 | $112,615.45 | $0.00 | $41,149.01 | $0.00 | $41,149.01 | $0.00 | $38,495.81 | $0.00 | $0.00 | 1,433 | $32,970.63 | 457 | 364 |
| Rappaport, Kenneth A | Rappaport, Kenneth A | Rappaport, Kenneth A | Rappaport, Kenneth A | $166,756.00 | $166,756.00 | $0.00 | $78,438.81 | $0.00 | $78,438.81 | $0.00 | $65,184.85 | $0.00 | $0.00 | 952 | $23,132.34 | 893 | 272 |
| | | | Unknown | $190.00 | $190.00 | $0.00 | $96.76 | $0.00 | $96.76 | $0.00 | $78.38 | $0.00 | $0.00 | 3 | $14.86 | 2 | 2 |
| Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | Tureff, Steven E | $110,200.93 | $110,200.93 | $0.00 | $50,344.72 | $0.00 | $50,344.72 | $0.03 | $45,910.63 | $0.00 | $0.00 | 1,834 | $13,945.55 | 650 | 340 |
| Wanuck, Stuart L | Wanuck, Stuart L | Wanuck, Stuart L | Wanuck, Stuart L | $79,894.05 | $79,894.05 | $0.00 | $26,654.50 | $0.00 | $26,654.50 | $0.00 | $38,284.03 | $0.00 | $0.00 | 635 | $14,955.52 | 218 | 93 |
| **Summary** | | | | $1,195,074.49 | $1,195,074.49 | $0.00 | $581,840.12 | $0.00 | $581,840.12 | $1.10 | $465,108.70 | $0.00 | $0.00 | 15,019 | $148,124.57 | 6,068 | 1,641 |

# EXHIBIT D



10/25/2019                          Summary View for Conrad, Reta J



**C           R**

Insurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                    Progress Notes:  Jack Halickman, M.D.

**Current Medications**          **Reason for Appointment**

10/25/2019





**Electronically signed by Catherine Dubois on 08/13/2018 at 12:13 PM EDT**

**Sign off status: Completed**

**Family Practice & Internal Medicine**
3401 PGA Blvd
Palm Beach Gardens, FL 334102825
Tel: 561-776-8890
Fax: 561-766-2159

**Progress Note: Jack Halickman, M.D.   08/13/2018**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

10/25/2019



Insurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                           Jack Halickman, M.D.

**Electronically signed by Catherine Dubois on 08/13/2018 at 12:51 PM EDT**

**Sign off status: Completed**

Family Practice & Internal Medicine



3401 PGA Blvd
Palm Beach Gardens, FL 334102825
Tel: 561-776-8890
Fax: 561-766-2159

**Progress Note: Jack Halickman, M.D.   08/13/2018**

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

10/25/2019

F          N

nsurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                     Progress Notes:  Jack Halickman, M.D.

tient.
ssed.

lu

**Electronically signed by Catherine Dubois on 08/13/2018 at 04:37 PM EDT**

**Sign off status: Completed**

**Family Practice & Internal Medicine**
**3401 PGA Blvd**
**Palm Beach Gardens, FL 334102825**
**Tel: 561-776-8890**
**Fax: 561-766-2159**



S                    R

**Insurance: MEDICARE**
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                    Progress Notes: Jack Halickman, M.D.

Current Medications                    Reason for Appointment



**Electronically signed by Catherine Dubois on 08/13/2018 at 02:13 PM EDT**

**Sign off status: Completed**

---

**Family Practice & Internal Medicine**
**3401 PGA Blvd**
**Palm Beach Gardens, FL 334102825**
**Tel: 561-776-8890**
**Fax: 561-766-2159**



M                    L

Insurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                    Progress Notes:  Jack Halickman, M.D.





Family Practice & Internal Medicine
3401 PGA Blvd
Palm Beach Gardens, FL 334102825

10/25 

10/25/2019

F   S

Insurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

08/13/2018                                    Progress Notes:  Jack Halickman, M.D.



# EXHIBIT E

CPT Payment

## Payment Posting at Line Item Level

Claim No:   **117704**
Patient Name: CR

Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:1 CLP06:MB

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | G0439 | 175.00 | 122.77 | 0.00 | 0.00 | 0.00 | 120.31 | 54.69 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G0444 | 20.00 | 18.78 | 0.00 | 0.00 | 0.00 | 18.40 | 1.60 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G8417 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ERA Message Codes**

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use of liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |
| CLP02:1 | Processed as Primary |



Send | Print | Fax | Play | Addendum | Details | Templates | Claim



CPT Payment

## Payment Posting at Line Item Level

Claim No:   **117707**
Patient Name: **I** ▮ **▮**

**Pmt Id: 118710 , Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:19|CLP06:MB**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | 99214 | 175.00 | 112.93 | 0.00 | 22.59 | 0.00 | 88.53 | 63.88 | 0.00 | ICA |
| 08/13/2018 | 11 | 1.00 | G8417 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Pmt Id: 118871 , Dt:09/04/2018 , Blue Cross Blue shield,  Msg Code:**
Inpatient/Outpatient Adjudication:

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | With |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | 99214 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.59 | 0.00 | |
| 08/13/2018 | 11 | 1.00 | G8417 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | |

### ERA Message Codes

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CLP02:19 | Processed as Primary, Forwarded to Additional Payer(s) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 118710 | 08/27/2018 | MEDICARE | 112.93 | 0.00 | 22.59 | 0.00 | 88.53 | 63.8 |age |
| 2 | 118871 | 09/04/2018 | Blue Cros... | 0.00 | 0.00 | 0.00 | 0.00 | 22.59 | 0.02 |ied |

[ Header ] [ Data ] [ Option ▲ ] [ ▦ ] [ Print HCFA (02-12) ] [ ▲ ] [ Adjustments ] [ Prog. Notes ]

[ Send ▲ ] [ Print ▲ ] [ Fax ▲ ] [ Play ▼ ] [ Addendum ▲ ] [ Details ▲ ] [ Templates ▲ ] [ Claim ]



CPT Payment

## Payment Posting at Line Item Level

Claim No:    **117736**

**Pmt Id: 118710 , Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:1|CLP06:MB**
**Inpatient/Outpatient Adjudication: MOA:MA01|MOA:N793**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | G0439 | 175.00 | 122.77 | 0.00 | 0.00 | 0.00 | 120.31 | 54.69 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G8417 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ERA Message Codes**

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use or liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |
| CLP02:1 | Processed as Primary |

**ERA Remark Codes**

| Code | Description |
|---|---|
|  | Alert: If you do not agree with what we approved for these services, you may appeal our decision. To make sure that we are fair to you, we requi |

| Send | ▲ | Print | ▲ | Fax | ▲ | Play | ▼ | Addendum | ▲ | Details | ▲ | Templates | ▲ | Claim |



CPT Payment

## Payment Posting at Line Item Level

Claim No:   **117714**
Patient Name: S⬛⬛⬛⬛⬛R⬛⬛⬛⬛⬛

**Pmt Id: 118710 , Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:1|CLP06:MB**
**Inpatient/Outpatient Adjudication: MOA:MA01|MOA:N793**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | G0439 | 175.00 | 122.77 | 0.00 | 0.00 | 0.00 | 120.31 | 54.69 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G0444 | 20.00 | 18.78 | 0.00 | 0.00 | 0.00 | 18.40 | 1.60 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G8417 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ERA Message Codes**

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use or liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |
| CLP02:1 | Processed as Primary |

**ERA Remark Codes**

| Code | Description |
|---|---|

| 1 | 118710 | 08/27/2018 | MEDICARE | 141.55 | 0.00 | 0.00 | 0.00 | 138.71 | 56.2⬛ |
| 2 | | 08/27/2018 | Insurance ... | | | | | | 0.02⬛ |

| Header | Data | Option ▲ | 🖩 | Print HCFA (02-12) | ▲ | Adjustments | Prog. Notes |



CPT Payment

## Payment Posting at Line Item Level

Claim No:    117716
Patient Name: M▮▮▮▮▮▮L▮▮▮

Pmt Id: 118710 , Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:1|CLP06:MB
Inpatient/Outpatient Adjudication: MOA:MA01|MOA:N793

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | G0439 | 175.00 | 122.77 | 0.00 | 0.00 | 0.00 | 120.31 | 54.69 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G0444 | 20.00 | 18.78 | 0.00 | 0.00 | 0.00 | 18.40 | 1.60 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G9273 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/13/2018 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**ERA Message Codes**

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use or liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |
| CLP02:1 | Processed as Primary |

**ERA Remark Codes**

| Code | Description |
|---|---|

| 1 | 118710 | 08/27/2018 | MEDICARE | 141.55 | 0.00 | 0.00 | 0.00 | 138.71 | 56.2▮ |
| 2 | | 08/27/2018 | Insurance ... | | | | | | 0.02 |

Header   Data   Option ▲   🗐   Print HCFA (02-12) ▲   Adjustments ▲   Prog. Notes

Send ▲   Print ▲   Fax ▼   Play ▼   Addendum ▲   Details ▲   Templates ▲   Claim





CPT Payment

**Payment Posting at Line Item Level**

Claim No:     117717
Patient Name:

**Pmt Id: 118710 , Dt:08/27/2018 , MEDICARE,  Msg Code: CLP02:19|CLP06:MB**
**Inpatient/Outpatient Adjudication: MOA:MA01|MOA:MA18|MOA:N793**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | 99213 | 120.00 | 76.61 | 0.00 | 15.32 | 0.00 | 60.06 | 44.62 | 0.00 | |CA |

**Pmt Id: 119091 , Dt:09/14/2018 , United American Insurance Company,  Msg Code:**
**Inpatient/Outpatient Adjudication:**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | With |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | 11 | 1.00 | 99213 | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.32 | 0.00 | |

**ERA Message Codes**

| Code | Description |
|---|---|
| CLP02:19 | Processed as Primary, Forwarded to Additional Payer(s) |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use of liability) |
| CLP06:MB | Medicare part B |
| CAS:2 | Coinsurance Amount |

| 1 | 118710 | 08/27/2018 | MEDICARE | 76.61 | 0.00 | 15.32 | 0.00 | 60.06 | 44.6 |
| 2 | 119091 | 09/14/2018 | United Am… | 0.00 | 0.00 | 0.00 | 0.00 | 15.32 | 0.00 |

[ Header ] [ Data ] [ Option ▲ ] [ ▣ ] [ Print HCFA (02-12) ] [ ▲ ] [ Adjustments ] [ Prog. Notes ]

[ Send ▲ ] [ Print ▲ ] [ Fax ▲ ] [ Play ▼ ] [ Addendum ▲ ] [ Details ▲ ] [ Templates ▲ ] [ Claim ]



# EXHIBIT F



# EXHIBIT G

**Progress Notes**

**Patient:** T       M

**Provider:** Jack Halickman, M.D.

**Date:** 10/03/2016



**Provider:** Jack Halickman, M.D.

Electronically signed by M.D. Jack Halickman , M.D. on 10/23/2019 at 12:04 PM EDT
Sign off status: Pending



CPT Payment

## Payment Posting at Line Item Level

Claim No:   **99335**
Patient Name: T▮▮▮ M▮▮

**Pmt Id: 103613 , Dt:10/24/2016 , MEDICARE,  Msg Code: CLP02:19|CLP06:MB**
**Inpatient/Outpatient Adjudication: MOA:MA01|MOA:MA18**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | 99214 | 175.00 | 112.21 | 0.00 | 22.44 | 0.00 | 87.97 | 64.59 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 |

**Pmt Id: 103844 , Dt:11/02/2016 , tricare,  Msg Code:**
**Inpatient/Outpatient Adjudication:**

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | With... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | 99214 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.44 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**ERA Message Codes**

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CLP02:19 | Processed as Primary, Forwarded to Additional Payer(s) |

| # | Id | Date | From | Allowed | Deduct | CoIns | Copay | Paid | Adjust... |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 103613 | 10/24/2016 | MEDICARE | 112.21 | 0.00 | 22.44 | 0.00 | 87.97 | 64.6... |
| 2 | 103844 | 11/02/2016 | tricare | 0.00 | 0.00 | 0.00 | 0.00 | 22.44 | 0.00 |

**Progress Note** last refreshed : 12:04:11 -0400

**Progress Notes**

**Patient:** M█████ C████████

**Provider:** Jack Halickman, M.D.

**Date:** 10/03/2016

**Provider:** Jack Halickman, M.D.

**Electronically signed by M.D. Jack Halickman , M.D. on 10/23/2019 at 11:10 AM EDT**
**Sign off status: Pending**



CPT Payment

## Payment Posting at Line Item Level

Claim No: **99330**
Patient Name: M▮▮▮ C▮▮▮
Patient DOB: 06/25/1948

Pmt Id: 103613 , Dt:10/24/2016 , MEDICARE,  Msg Code: CLP02:1|CLP06:MB
Inpatient/Outpatient Adjudication: MOA:MA01

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | G0439 | 175.00 | 121.43 | 0.00 | 0.00 | 0.00 | 119.00 | 56.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0446 | 60.00 | 27.17 | 0.00 | 0.00 | 0.00 | 26.63 | 33.37 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0444 | 20.00 | 18.86 | 0.00 | 0.00 | 0.00 | 18.48 | 1.52 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0442 | 20.00 | 18.86 | 0.00 | 0.00 | 0.00 | 18.48 | 1.52 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### ERA Message Codes

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use or liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |
| CLP02:1 | Processed as Primary |

| # | Id | Date | From | Allowed | Deduct | CoIns | Copay | Paid | Adju... |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 103613 | 10/24/2016 | **MEDICARE** | 186.32 | 0.00 | 0.00 | 0.00 | 182.59 | 92.4 |
| 2 | | 10/24/2016 | Insurance ... | | | | | | 0.02 |

### Subjective:



**Progress Notes**

**Patient:** T███ V D███
**Account Number:** 25666

**Provider:** Jack Halickman, M.D.

**Date:** 10/03/2016



**Provider:** Jack Halickman, M.D.

Electronically signed by M.D. Jack Halickman , M.D. on 10/23/2019 at 11:56 AM EDT
Sign off status: Pending



CPT Payment

## Payment Posting at Line Item Level

Claim No:        99345
Patient Name:    T█████ D█
Patient DOB:     10/19/1925
Account NO:      25666

Pmt Id: 103613 , Dt:10/24/2016 , MEDICARE,   Msg Code: CLP02:19|CLP06:MB
Inpatient/Outpatient Adjudication: MOA:MA01|MOA:MA18

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | 99214 | 175.00 | 112.21 | 0.00 | 22.44 | 0.00 | 87.97 | 64.59 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0102 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0328 | 35.00 | 21.67 | 0.00 | 0.00 | 0.00 | 21.24 | 13.76 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Pmt Id: 104446 , Dt:12/05/2016 , Tricare Standard,   Msg Code:
Inpatient/Outpatient Adjudication:

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | With |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | 99214 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.44 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G0102 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G0328 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| # | Id | Date | From | Allowed | Deduct | CoIns | Copay | Paid | Adju |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 103613 | 10/24/2016 | MEDICARE | 133.88 | 0.00 | 22.44 | 0.00 | 109.21 | 78.3 |
| 2 | 104446 | 12/05/2016 | Tricare Sta... | 0.00 | 0.00 | 0.00 | 0.00 | 22.44 | 0.00 |



Progress Note last refreshed : 11:56:36 -0400

10/23/2019

**Progress Notes**

**Patient:** G████ C████████

**Provider:** Jack Halickman, M.D.

**Date:** 10/03/2016

**Provider:** Jack Halickman, M.D.

Electronically signed by M.D. Jack Halickman , M.D. on 10/23/2019 at 11:51 AM EDT
Sign off status: Pending



CPT Payment

## Payment Posting at Line Item Level

Claim No:      **99343**
Patient Name: G▮▮▮ G▮▮▮▮

Pmt Id: 103616 , Dt:10/24/2016 , MEDICARE,  Msg Code: CLP02:1|CLP06:MB
Inpatient/Outpatient Adjudication: MOA:MA01

| Service Dt | POS | Units | Code | Billed | Allowed | Deduct | CoIns | CoPay | Paid | Adjust | WithHeld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2016 | 11 | 1.00 | G0439 | 175.00 | 121.43 | 0.00 | 0.00 | 0.00 | 119.00 | 56.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0446 | 60.00 | 27.17 | 0.00 | 0.00 | 0.00 | 26.63 | 33.37 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0444 | 20.00 | 18.86 | 0.00 | 0.00 | 0.00 | 18.48 | 1.52 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0442 | 20.00 | 18.86 | 0.00 | 0.00 | 0.00 | 18.48 | 1.52 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G0008 | 40.00 | 26.25 | 0.00 | 0.00 | 0.00 | 25.72 | 14.28 | 0.00 |
| 10/03/2016 | 11 | 1.00 | Q2037 | 40.00 | 16.28 | 0.00 | 0.00 | 0.00 | 15.95 | 24.05 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8476 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/03/2016 | 11 | 1.00 | G8420 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### ERA Message Codes

| Code | Description |
|---|---|
| CAS:246 | This non-payable code is for required reporting only. |
| CAS:45 | Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement. Usage: This adjustment amount cannot equal the not duplicate provider adjustment amounts (payments and contractual reductions) that have resulted from prior payer(s) adjudication. (Use or liability) |
| CLP06:MB | Medicare part B |
| CAS:253 | Sequestration - reduction in federal payment |

| | Date | From | Allowed | Deduct | CoIns | Copay | Paid | Adjust | Withheld |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 10/24/2016 | MEDICARE | 228.85 | 0.00 | 0.00 | 0.00 | 224.26 | 130.74 | 0.00 |
| | 10/24/2016 | Insurance ... | | | | | | 0.02 | |

Progress Note last refreshed : 11:51:18 -0400

# EXHIBIT H



**A** **R**

Insurance: MEDICARE
Referring: M.D. JACK F HALICKMAN
Appointment Facility: Family Practice & Internal Medicine

04/26/2018                                             Progress Notes:  Jack Halickman, M.D.

**Reason for Appointment**
1. Follow up



**Electronically signed by M.D. JACK HALICKMAN , M.D. on 04/26/2018 at 02:53 PM EDT**

**Sign off status: Completed**

**Family Practice & Internal Medicine**
**3401 PGA Blvd**
**Palm Beach Gardens, FL 334102825**
**Tel: 561-776-8890**
**Fax: 561-766-2159**

**Progress Note: Jack Halickman, M.D.   04/26/2018**



ERIK R. MATHENEY
PARTNER
Shutts & Bowen LLP
4301 W. Boy Scout Boulevard
Suite 300
Tampa, Florida  33607
DIRECT  (813) 227-8123
FAX      (813) 227-8223
EMAIL   EMatheney@shutts.com

April 15, 2020

**VIA FEDERAL EXPRESS**

Clerk of the Court – *FILED UNDER SEAL*
Paul G. Rogers Federal Building and U.S. Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

      **Re:**    **United States of America, ex rel., CLJ, LLC v. Jack Halickman, MD**

Dear Clerk:

    Enclosed please find the following:

1. Civil Cover Sheet;
2. Realtor's Complaint Pursuant To The Federal False Claims Act, 13 U.S.C. §§ 3729 *ET. SEQ.* with Exhibits;
3. Motion to Seal;
4. Sealing Order on Motion to Seal;
5. Duplicate copies with pre-addressed, stamped, return envelope; and
6. Check in the amount of $400.00 for the filing fee.

    Should the Court require anything further to process the enclosed pleadings, please contact my office directly at 813-229-8900.

              Respectfully,

              Shutts & Bowen LLP

              Erik R. Matheney



PEEL HERE

Page

SHUTTS & BOWEN LLP
4301 W. BOY SCOUT BOULEVARD
SUITE 300
TAMPA, FL 33607
UNITED STATES US

CAD: 250739654/WSXI3400

BILL SENDER

TO  CLERK OF COURT - FILE UNDER SEAL
PAUL G. ROGERS FEDERAL BUILDING
701 CLEMATIS ST RM 202

WEST PALM BEACH FL 33401
(813) 227-8148          REF: 41739.0006-6821
INV:
PO:                              DEPT:

FedEx
Express

THU - 16 APR 10:30A
PRIORITY OVERNIGHT

TRK# 3919 2192 2770
0201

ASR

33401
XH PBIA          FL-US      PBI

PSI|Ship - FedEx Label